UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| FRANCES T. LACK, *et al.*, | : | Case No. 1:12-cv-553 |
| | : | |
| Plaintiffs, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | |
| BANK OF AMERICA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER STAYING THIS CIVIL ACTION

On September 11, 2012, Plaintiffs Frances T. And Stephen M. Lack filed a voluntary petition for relief under Chapter 7. (Doc. 12). Accordingly, the above-captioned action is hereby **STAYED** pursuant to Section 362(a) of the Bankruptcy Code.

Plaintiffs shall notify the Court when the stay can be lifted.

**IT IS SO ORDERED**.

Date: 10/19/2012        s/ Timothy S. Black
Timothy S. Black
United States District Judge