UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FRANCES T. LACK, *et al.*,

    Plaintiff,

vs.

BANK OF AMERICA, *et al.*,

    Defendants.

Case No. 1:12-cv-553

Judge Timothy S. Black

## ORDER LIFTING STAY

Upon notice that the United States Bankruptcy Court for the Southern District of Ohio has issued a discharge of debtor in Plaintiffs' Chapter 7 Bankruptcy, Case No. 1:12-bk-14903 (Doc. 14), the Court hereby **LIFTS** the stay in this civil action.

**IT IS SO ORDERED**.

Date: 1/30/13

_____
Timothy S. Black
United States District Judge